UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE NAME OF THE UNITED STATES OF AMERICA FOR THE USE OF MAINSTAGE MECHANICAL, INC., | ) ) ) ) ) |
| Plaintiff | ) CAUSE NO. 3:05-CV-468 RM ) |
| vs. | ) ) |
| PATRICAN, INC., GLOBAL BONDING, and ROBERT JOE HANSON | ) ) ) ) |
| Defendants | ) |

OPINION and ORDER

On March 1, the court denied the plaintiff's first motion for default judgment because it did not comply with FED. R. CIV. P. 55(a). On July 5, the plaintiff again improperly moved the court for default judgment without an entry of default by the Clerk. Traditionally, such an entry is made by the Clerk only when moved to do so by a party and only after such party has made the requisite showing (by affidavit or otherwise) that the party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). However, the court does not seek to expend any more of the plaintiff's nor the court's resources on the matter, *see* FED. R. CIV. P. 1, and the representations of the plaintiff's attorney included in the motion for default judgment can be construed to make the required showing for purposes of Rule 55(a). Therefore, the

court now ORDERS the Clerk to make an entry of defendant PatRican, Inc.'s default.

With the requisite entry of default having been entered, the court now entertains the Rule 55(b) motion for default judgment. The court having considered said motion and supporting affidavits now finds that it is meritorious and should be GRANTED [Doc. No. 11].

IT IS, THEREFORE, ORDERED that a Default Judgment is hereby entered in favor of Plaintiff, Mainstage Mechanical, Inc., and against Defendant, PatRican, Inc., in the amount of $295,286, plus pre-judgment interest on this amount from September 27, 2004 until the judgment is satisfied at the post-judgment interest rate of 5.25%.

SO ORDERED.

ENTERED: <u>July 13, 2006</u>

<u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
United States District Court

<u>Electronic Distribution to</u>:
Gerard L. Gregerson - ggregerson@binghammchale.com


<u>Copies via U.S. Mail to</u>:

James Victory
Registered Agent for PatRican, Inc.
3833 N. Meridian, Suite 305
Indianapolis, IN 46208

PatRican, Inc.
1893 East 55th Street

Cleveland, Ohio 44103

Robert and Patricia Roberts
PatRican, Inc.
3681 Ludwig
Cleveland, OH 44105

Joseph R. Spoonster, Esq.
Lasko & Lind Co., L.P.A.
1406 West Sixth Street, Suite 200
Cleveland, OH 44113-1300